UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 5:20-CR-50007 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Manufacturing an Unregistered Firearm<br>(26 U.S.C. §§ 5822, 5861(f) and 5871) |
| CHRISTOPHER BITTNER, | |
| Defendant. | Possession of a Firearm by a Prohibited Person<br>(18 U.S.C. §§ 922(g)(3) and 924(a)(2))<br><br>Forfeiture |

The Grand Jury charges:

## COUNT I

On or about between November 11, 2019, and November 27, 2019, at Rapid City, in the District of South Dakota, the defendant, Christopher Bittner, knowingly made a firearm as described in 26 U.S.C. §§ 5845(a)(2), to wit, a Remington Arms Company Incorporated, model 870DM, 12 gauge, pump-action shotgun, bearing serial number CC54591E, having a barrel of less than 18 inches in length, which is classified as "a weapon made from a shotgun" under the National Firearms Act, all in violation of 26 U.S.C. §§ 5822, 5861(f), and 5871.

## COUNT II

On or about November 27, 2019, at Rapid City, in the District of South Dakota, the defendant, Christopher Bittner, then being an unlawful user of a controlled substance, and knowing he was an unlawful user of a controlled substance, did knowingly and intentionally possess firearms, to wit,

1. a Remington Arms Company Incorporated, model 870DM, 12 gauge, pump-action shotgun, bearing serial number CC54591E;

2. a High Standard Manufacturing Company, model Sentinel R-101, .22 Long Rifle caliber, double-action revolver, bearing serial number 934332;

3. a Sturm, Ruger & Company Incorporated, model New Model Single Six, .22 Long Rifle caliber, single-action revolver, bearing serial number 62-50961; and

4. a Sturm, Ruger & Company Incorporated, model Security 9, 9x19mm Luger caliber, semi-automatic pistol, bearing serial number 382-31590,

which had been previously shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(3), 924(a)(2), 26 U.S.C. §§ 5822, 5861(f), and 5871, the defendant, Christopher Bittner, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. a Remington Arms Company Incorporated, model 870DM, 12 gauge, pump-action shotgun, bearing serial number CC54591E;

b. a High Standard Manufacturing Company, model Sentinel R-101, .22 Long Rifle caliber, double-action revolver, bearing serial number 934332;

c. a Sturm, Ruger & Company Incorporated, model New Model Single Six, .22 Long Rifle caliber, single-action revolver, bearing serial number 62-50961; and

d. a Sturm, Ruger & Company Incorporated, model Security 9, 9x19mm Luger caliber, semi-automatic pistol, bearing serial number 382-31590; and,

e. ammunition for the firearms described above,

all pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

**Name Redacted**
_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By _____